NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONFORMIS, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-2027, 2018-2054

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01874, IPR2017-00115.

---

**JUDGMENT**

---

MATTHEW WOLF, Arnold & Porter Kaye Scholer LLP, Washington, DC, argued for appellant. Also represented by PAUL ISAAC MARGULIES, NICHOLAS M. NYEMAH.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE,

JOSEPH MATAL, FARHEENA YASMEEN RASHEED, MAI-TRANG DUC DANG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court